UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAVID A. LEDFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. NO. 3:08-CV-272 |
| ) | (PHILLIPS/SHIRLEY) |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER OF REMAND UNDER SENTENCE FOUR
OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under **sentence four** of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. See Shalala v. Schaefer, 509 U.S. 292, 296, 113 S. Ct. 2625, 2629 (1993); Melkonyan v. Sullivan, 501 U.S. 89, 97-98, 111 S. Ct. 2157, 2163 (1991).

On remand, the Administrative Law Judge (ALJ) will further evaluate the severity of Plaintiff's respiratory impairment, including specific consideration of Listing 3.02A and the necessity for supplemental oxygen. The ALJ will conduct a supplemental hearing at which evidence from a medical expert and supplemental evidence from a vocational expert will be obtained. Plaintiff will also be given the opportunity to testify and offer additional evidence. The ALJ will then issue a new decision.

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

／s/ Thomas W. Phillips
U. S. District Judge

Proposed by:

s/ Loretta S. Harber
LORETTA S. HARBER (BP #007221)
Assistant U.S. Attorney
800 Market Street, Suite 211
Knoxville, TN 37902
(865)545-4167
loretta.harber@usdoj.gov