# United States District Court

<u>     **EASTERN**     </u> **DISTRICT OF** <u>     **TENNESSE**     </u>

DAVID A. LEDFORD,                                        JUDGMENT IN A CIVIL CASE

                    V.

MICHAEL J. ASTRUE,                                     CASE NUMBER: 3:08-cv-272
Commissioner of Social Security

[ ]      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

         IT IS ORDERED AND ADJUDGED that this matter is REMANDED under Sentence Four of 42 U.S.C.

         § 405(g) to the Commissioner for further consideration.

<u>     January 27, 2009                  </u>            <u> Patricia L. McNutt, Clerk                 </u>
Date

                                                                                 By <u>   s/ A. Brush                        </u>
                                                                                 Deputy Clerk